## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **CPT TOMMIE SHAW,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **EP-18-CV-257-PRM** |
| **DIVERSIFIED CONSULTANTS,** | § | |
| **INC.,** | § | |
| **Defendant.** | § | |
| | § | |
| | § | |

## <u>ORDER OF DISMISSAL</u>

On this day, the Court considered Plaintiff Cpt. Tommie Shaw and Defendant Diversified Consultants, Inc.'s "Joint Stipulation of Voluntary Dismissal with Prejudice" (ECF No. 8) [hereinafter "Stipulation"], filed on September 18, 2018, in the above-captioned cause. Therein, the parties agree to voluntarily dismiss this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Stipulation 1.

Federal Rule of Civil Procedure 41(a)(1)(A) states that "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A)(ii). Since the Stipulation was signed by all parties who have appeared, the Court is of the opinion that the above-captioned cause should be dismissed with prejudice.

Accordingly, **IT IS ORDERED** that Plaintiff Cpt. Tommie Shaw's claims against Defendant Diversified Consultants, Inc. are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

**IT IS FURTHER ORDERED** that all settings in this matter are **VACATED**.

**IT IS FURTHER ORDERED** that all pending motions, if any, are **DENIED AS MOOT**.

**IT IS FINALLY ORDERED** that the Clerk of the Court shall **CLOSE** this matter.

**SIGNED** this **19th day** of **September, 2018.**

_____

 **PHILIP R. MARTINEZ**
**UNITED STATES DISTRICT JUDGE**